IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| NATIONWIDE AGRIBUSINESS INSURANCE COMPANY,<br><br>Plaintiff,<br><br>vs.<br><br>KEVIN KELLER and THOMAS KONESKY,<br><br>Defendants. | CV 22-139-M-KLD<br><br>ORDER |

The parties have filed a Stipulation for Dismissal with Prejudice. (Doc. 39). Accordingly, and good cause appearing,

IT IS ORDERED that this matter is hereby DISMISSED with prejudice, all parties to bear their own attorney's fees and costs.

DATED this 4th day of May, 2023.

_____
Kathleen L. DeSoto
United States Magistrate Judge